UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Claudia Wu; directly and derivatively on behalf of Cherry Bombe, Inc<br><br>Plaintiff,<br><br>vs.<br><br>Kerry Diamond,<br><br>Defendant,<br><br>Vs.<br><br>Cherry Bombe, Inc<br><br>Nominal Defendant | Case No: 18-03842<br><br>Motion for Refund of Duplicative Filing Fees |

Plaintiff Claudia Wu through its undersigned attorneys respectfully requests the Court grant this motion for refund of duplicative filing fees.

On July 2, 2018, Plaintiff filed the case opening fees and due to an inadvertent electronic issue paid the filing fees of $400 twice. Receipt Fee Number 0207-10556650 has been correctly applied as filing fees (See Dkt. No. 1). However, Receipt Fee Number 0207-10556648 is duplicative payment fees paid in this matter.

Plaintiff respectfully requests the Court to direct the Clerk of the Court to refund the duplicative fees paid under Receipt Fee Number 0207-10556648 to the undersigned Plaintiff's counsel.

/s/Kalpana Nagampalli
Kapana Nagampalli
KAKAR, P.C.
kalpana@kakarlaw.net
525 Seventh Ave, Suite 1811
New York, NY 10018
Tel: (212) 704-2014